No. 68. SPENCER *v.* TEXAS. Appeal from Ct. Crim. App. Tex. (Probable jurisdiction noted, 382 U. S. 1022.) Motion of petitioner for appointment of counsel granted, and it is ordered that *Michael D. Matheny, Esquire,* of Beaumont, Texas, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 621, Misc. WALKER *v.* WILSON, WARDEN, ET AL.;

No. 653, Misc. LAND *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 657, Misc. FREEMAN *v.* MAXWELL, WARDEN, ET AL.;

No. 683, Misc. DARBY *v.* FLORIDA; and

No. 740, Misc. EVANS *v.* CICCONE, DIRECTOR, MEDICAL CENTER FOR FEDERAL PRISONERS, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 570, Misc. KEEZER *v.* TAHASH, WARDEN;

No. 596, Misc. BANDY *v.* UNITED STATES ATTORNEY GENERAL;

No. 625, Misc. MURRAY *v.* WILSON, WARDEN, ET AL.;

No. 743, Misc. BEVERLY *v.* CALIFORNIA; and

No. 744, Misc. HENRY *v.* CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 429, Misc. GRAY *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT; and

No. 604, Misc. SCHACK *v.* MEADOWS, UNITED STATES ATTORNEY. Motions for leave to file petitions for writs of mandamus denied.